**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Global Fertility & Genetics, New York, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3135721** |

4. **Debtor's address**

**Principal place of business**

**115 East 57th Street**
**Suites 420 & 430**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **www.globalfertility.net**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Global Fertility & Genetics, New York, LLC**                    Case number *(if known)* _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      6214

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| --- | --- | --- | --- |
| District | _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
         Contact name        _____
         Phone               _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Global Fertility & Genetics, New York, LLC**                                    Case number (*if known*) _____
           Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Global Fertility & Genetics, New York, LLC** _____    Case number *(if known)* _____
<br>Name

---

███  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2023**
<br>MM / DD / YYYY

**X** **/s/ Jun Jing Liu a/k/a Annie Liu** _____    **Jun Jing Liu a/k/a Annie Liu**
<br>Signature of authorized representative of debtor    Printed name

Title    **Director**

---

**18. Signature of attorney**

**X** **/s/ Michael J. Kasen** _____    Date    **June  6, 2023**
<br>Signature of attorney for debtor    MM / DD / YYYY

**Michael J. Kasen**
<br>Printed name

**Kasen & Kasen, P.C.**
<br>Firm name

**115 Broadway**
<br>**5th Floor**
<br>**New York, NY 10006**
<br>Number, Street, City, State & ZIP Code

Contact phone    **646-397-6226**    Email address    **mkasen@kasenlaw.com**

**MK7429 NY**
<br>Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 6, 2023**     X */s/ Jun Jing Liu a/k/a Annie Liu*
                                              Signature of individual signing on behalf of debtor

                                              **Jun Jing Liu a/k/a Annie Liu**
                                              Printed name

                                              **Director**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Global Fertility & Genetics, New York, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Annie Liu 225 Cherry Street Apt. 38N New York, NY 10002 | | Employment related | | | | $307,900.00 |
| Ashland Maintenance Org. 45-15 Barnett Ave. Sunnyside, NY 11104 | | Cleaning Services | | | | $1,514.66 |
| Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | Credit Card | | | | $65,792.00 |
| Chase PO Box 1423 Charlotte, NC 28201-1423 | | Credit Card | | | | $30,500.00 |
| College of American Pathologists 325 Waukegan Rd. Winnetka, IL 60093 | | Quality Control | | | | $6,746.00 |
| Dr. Glenn Moodie 18 Salem Ridge Drive Huntington, NY 11743 | | Services Performed | | | | $16,000.00 |
| EIVF 1212 Corporate Drive Suite 230 Irving, TX 75038 | | Medical Record System | | | | $7,606.62 |
| Eldad Prime LLC 3 Columbus Circle 26th Floor New York, NY 10019 | | Rent for Office and Clinical Space | Disputed | | | $541,998.00 |

Debtor  **Global Fertility & Genetics, New York, LLC**                     Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000** | | Insurance | | | | **$3,456.82** |
| **GE Healthcare c/o DeHaan & Bach 25 Whitney Drive, Suite 106 Milford, OH 45150** | | Equipment Service | Disputed | | | **$4,083.72** |
| **Henry Schein 135 Duryea Rd. Melville, NY 11747-3824** | | Clinical Suplies | | | | **$9,243.23** |
| **Labcorp PO Box 12140 Burlington, NC 27216-2140** | | Services | | | | **$9,518.06** |
| **Littler 900 Third Ave New York, NY 10022** | | Legal Fees | Disputed | | | **$20,000.00** |
| **Metro Drugs RX 931 Lexington Ave New York, NY 10065** | | Pharmacy | | | | **$16,000.00** |
| **ProAssurance Companies PO Box 59009 Birmingham, AL 35259-0099** | | Malpractice Insurance | | | | **$13,719.00** |
| **RDL Billing 1575 Hillside Ave. Suite 305 New Hyde Park, NY 11040** | | | Disputed | | | **$4,081.80** |
| **Roche Diagnostic 9115 Hague Rd. Indianapolis, IN 46256** | | Materials for Machine and Machine | Disputed | | | **$12,314.00** |
| **Rosh Maternal Fetal Med 213 Madison Ave #1A New York, NY 10016** | | | Disputed | | | **$20,000.00** |
| **SND & Associates 1185 Avenue of the Americas 3rd Floor New York, NY 10036** | | Accounting | | | | **$20,000.00** |
| **VitroLife 3601 S. Inca St. Englewood, CO 80110** | | | Disputed | | | **$7,685.38** |

**Fill in this information to identify the case:**

Debtor name    **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................  $      **289,407.58**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................  $      **289,407.58**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $        **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    **1,123,740.18**

4.    Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    $    **1,123,740.18**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$50,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking** | **8083** | **$14,507.58** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $64,507.58 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Patient deposits** | **$100,000.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **Global Fertility & Genetics, New York, LLC**          Case number *(If known)* _____
          Name

9.    **Total of Part 2.**                                                                            | **$100,000.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office Furniture | **$0.00** | Liquidation | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office computer systems | **$0.00** | | **$1,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                                                           | **$6,000.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **2 Ritter Midmark Exam Tables** | $0.00 | Liquidation | $3,000.00 |
| **2 Midmark OR Chairs** | $0.00 | Liquidation | $6,000.00 |
| **3 Voluson P8 Sonogram Machines** | $0.00 | Liquidation | $20,000.00 |
| **OR Surgical Light** | $0.00 | Liquidation | $1,000.00 |
| **3 Vital Monitors** | $0.00 | Liquidation | $3,000.00 |
| **2 IVF Tech Workstations** | $0.00 | Liquidation | $10,000.00 |
| **Olympus Micromanipulator** | $0.00 | Liquidation | $8,000.00 |
| **2 OR Tube Blocks** | $0.00 | Liquidation | $3,000.00 |
| **Astec Incubator** | $0.00 | Liquidation | $6,000.00 |
| **4 MVE Cryotanks** | $0.00 | Liquidation | $1,000.00 |
| **Olympus Microscope** | $0.00 | Liquidation | $1,000.00 |
| **Panasonic Pharmacy Refrigerator<br>Model MPR5144** | $0.00 | Liquidation | $500.00 |

Debtor   **Global Fertility & Genetics, New York, LLC**                                    Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| **Pharmaceutical Refrigerator Model MPR215f** | $0.00 | **Liquidation** | $300.00 |
| **Riter Auto Sterilization** | $0.00 | **Liquidation** | $1,000.00 |
| **Blanket Warmer** | $0.00 | **Liquidation** | $300.00 |
| **Recovery Chairs** | $0.00 | **Liquidation** | $500.00 |
| **ESCO Incubator** | $0.00 | **Liquidation** | $1,000.00 |
| **2 IVF Workstations** | $0.00 | **Liquidation** | $50,000.00 |
| **Patient Transport Stretcher** | $0.00 | **Liquidation** | $500.00 |
| **Embryoviewer** | $0.00 | **Liquidation** | $2,000.00 |
| **Embryoscope Server** | $0.00 | **Liquidation** | $500.00 |
| **2 HP printers** | $0.00 | **Liquidation** | $300.00 |

51.    **Total of Part 8.**                                                              | **$118,900.00** |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Global Fertility & Genetics, New York, LLC**
_____   Case number *(If known)* _____

Name

| 55.1. | **115 East 57th Street**<br>**Suites 420 & 430**<br>**New York, NY**<br><br>**Debtor's offices and**<br>**facilities (improved)**<br>**Believed to have no**<br>**value**<br>**Believed to be a**<br>**liability** | **Leasehold**<br>**interest** | **$0.00** | | **$0.00** |
|---|---|---|---|---|---|

---

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Global Fertility & Genetics, New York, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,507.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $118,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $289,407.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $289,407.58 |

**Fill in this information to identify the case:**

Debtor name        **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307,900.00 |

**Annie Liu**
**225 Cherry Street**
**Apt. 38N**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employment related**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,514.66 |

**Ashland Maintenance Org.**
**45-15 Barnett Ave.**
**Sunnyside, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cleaning Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,500.00 |

**Chase**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0287**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,792.00 |

**Chase**
**Cardmember Service**
**PO Box 15153**
**Wilmington, DE 19886-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6975**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,746.00** |
|---|---|---|---|

**College of American Pathologists**
**325 Waukegan Rd.**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Quality Control**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Dr. Glenn Moodie**
**18 Salem Ridge Drive**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,606.62** |
|---|---|---|---|

**EIVF**
**1212 Corporate Drive**
**Suite 230**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Record System**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$541,998.00** |
|---|---|---|---|

**Eldad Prime LLC**
**3 Columbus Circle**
**26th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent for Office and Clinical Space**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,456.82** |
|---|---|---|---|

**First Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1318**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,083.72** |
|---|---|---|---|

**GE Healthcare**
**c/o DeHaan & Bach**
**25 Whitney Drive, Suite 106**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,238.50** |
|---|---|---|---|

**Healthcare Financial Services**
**PO Box 641419**
**Pittsburgh, PA 15264-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7863**

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,243.23** |
| | **Henry Schein** | ☐ Contingent | |
| | **135 Duryea Rd.** | ☐ Unliquidated | |
| | **Melville, NY 11747-3824** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Clinical Suplies__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,119.87** |
| | **Kitazato** | ☐ Contingent | |
| | **11915 LaGrange Ave** | ☐ Unliquidated | |
| | **Los Angeles, CA 90025** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Materials__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$472.52** |
| | **Kratz Security Technology** | ☐ Contingent | |
| | **228 East 45th Street** | ☐ Unliquidated | |
| | **Suite 810** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __IT__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,518.06** |
| | **Labcorp** | ☐ Contingent | |
| | **PO Box 12140** | ☐ Unliquidated | |
| | **Burlington, NC 27216-2140** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** __0750__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
| | **Littler** | ☐ Contingent | |
| | **900 Third Ave** | ☐ Unliquidated | |
| | **New York, NY 10022** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Legal Fees__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
| | **Metro Drugs RX** | ☐ Contingent | |
| | **931 Lexington Ave** | ☐ Unliquidated | |
| | **New York, NY 10065** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Pharmacy__ | |
| | **Last 4 digits of account number** __OB01__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,719.00** |
| | **ProAssurance Companies** | ☐ Contingent | |
| | **PO Box 59009** | ☐ Unliquidated | |
| | **Birmingham, AL 35259-0099** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Malpractice Insurance__ | |
| | **Last 4 digits of account number** __4257__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Global Fertility & Genetics, New York, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**RDL Billing**
**1575 Hillside Ave.**
**Suite 305**
**New Hyde Park, NY 11040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,081.80**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Roche Diagnostic**
**9115 Hague Rd.**
**Indianapolis, IN 46256**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1834**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Materials for Machine and Machine**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,314.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Rosh Maternal Fetal Med**
**213 Madison Ave**
**#1A**
**New York, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**SHARPS Compliance of Texas LLC**
**9220 Kirby Dr.**
**#500**
**Houston, TX 77054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**SND & Associates**
**1185 Avenue of the Americas**
**3rd Floor**
**New York, NY 10036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Accounting**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Time Payment**
**200 Summit Dr.**
**Suite 100**
**Burlington, MA 01803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Drinking Water**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**VitroLife**
**3601 S. Inca St.**
**Englewood, CO 80110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,685.38**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number (if known) | |
|--------|-----|------|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,123,740.18 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,123,740.18 |

**Fill in this information to identify the case:**

Debtor name **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*         *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE SPACE LEASE $19,500(Escalates begining 2/2024) TERMINATES June 30, 2028 $1500 per month for arrears until 8/31/23 $7500 per month for arrears 9/1/23-6/30/28 Plus acctual tax, insurance and utilities** | |
|---|---|---|---|
| | State the term remaining | **5 years 1 month** | **Eldad Prime, LLC 3 Columbus Circle 26th Floor New York, NY 10019** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Global Fertility & Genetics, New York, LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
 amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jun Jing Liu** | **225 Cherry St.**<br>**Apt. 38N**<br>**New York, NY 10002**<br>**Personal Guarantee** | **Eldad Prime LLC** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,183,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,339,471.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,799,659.32** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number *(if known)* | _____ |
| --- | --- | --- | --- |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Global Fertility et al v. Spa Castle Premier 57 Inc. et al** 151013/2023 | **Property Damage** | **Supreme Court of New York** 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Alexis Cancel v. Global Fertility and Genetics Inc. et al** 152435/2018 | **Employment Discrimination** | **Supreme Court of New York** 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Eldad Prime LLC v. Global Fertility and Genetics Inc.** LT-301744-23/NY | **Landlord Tenant** | **Supreme Court of New York** 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Global Fertility & Genetics, New York, LLC**                                          Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | April 28, 2023 - $12,500 | |
| | **Kasen & Kasen, P.C.** **115 Broadway** **5th Floor** **New York, NY 10006** | | June 2, 2023 - $12,500 + filing fee | **$26,738.00** |
| | **Email or website address** **www.kasenlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | **Global Fertility & Genetics, New York, LLC** | Case number *(if known)* | |

---

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | **Global Fertility & Genetics, New York** **115 East 57th Street** **Suite 420 & 430** **New York, NY 10022** | **Fertility Clinic** | **300/year (estimate including outside doctors patients seen in the facility)** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **Electronically** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor   **Global Fertility & Genetics, New York, LLC**                    Case number *(if known)* _____

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor   **Global Fertility & Genetics, New York, LLC**                    Case number *(if known)* _____

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
|  |  | Do not include Social Security number or ITIN. |
|  |  | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sharron Gao** **SND & Associates** **1185 Avenue of the Americas** **3rd Floor** **New York, NY 10036** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
☐ None

| Name and address |
|---|
| 26d.1.   **Citron Cooperman** **50 Rockefler Plaza** **New York, NY 10020** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Annie Liu** | **225 Cherry St.** **38 N** **New York, NY 10002** | **Director** | |

---

Debtor    **Global Fertility & Genetics, New York, LLC**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GFG Holding Group Co. LLC | 115 East 57th Street Suite 420 & 430 New York, NY 10022 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

□ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Annie Liu** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Global Fertility & Genetics, New York, LLC**                      Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  6, 2023**

**/s/ Jun Jing Liu a/k/a Annie Liu**                      **Jun Jing Liu a/k/a Annie Liu**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor   **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Global Fertility & Genetics, New York, LLC** _____    Case No. _____
_____    Chapter    **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **All pre-petition services rendered and representation throughout case**
        **Nothing within the retainer agreement or disclosed herein shall be interpreted to limit the ability of Kasen &**
        **Kasen, P.C. from seeking additional payments through the filing of a fee application**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  6, 2023** _____    **/s/ Michael J. Kasen** _____
*Date*    **Michael J. Kasen**
    *Signature of Attorney*
    **Kasen & Kasen, P.C.**
    **115 Broadway**
    **5th Floor**
    **New York, NY 10006**
    **646-397-6226  Fax: 646-786-3611**
    **mkasen@kasenlaw.com** _____
    *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re    **Global Fertility & Genetics, New York, LLC**                Case No. _____

Debtor(s)                Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GFG Holding Group Co., LLC**<br>**115 E. 57th Street**<br>**New York, NY 10022** | | **100%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  6, 2023**                Signature    **/s/ Jun Jing Liu a/k/a Annie Liu**
                                 **Jun Jing Liu a/k/a Annie Liu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    **Global Fertility & Genetics, New York, LLC**                                    Case No. _____
                                                      Debtor(s)        Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June  6, 2023**_____        **/s/ Jun Jing Liu a/k/a Annie Liu**_____
                                                      **Jun Jing Liu a/k/a Annie Liu**/**Director**
                                                      Signer/Title

ANNIE LIU
225 CHERRY STREET
APT. 38N
NEW YORK, NY 10002


ASHLAND MAINTENANCE ORG.
45-15 BARNETT AVE.
SUNNYSIDE, NY 11104


CHASE
PO BOX 1423
CHARLOTTE, NC 28201-1423


CHASE
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153


COLLEGE OF AMERICAN
PATHOLOGISTS
325 WAUKEGAN RD.
WINNETKA, IL 60093


DR. GLENN MOODIE
18 SALEM RIDGE DRIVE
HUNTINGTON, NY 11743


EIVF
1212 CORPORATE DRIVE
SUITE 230
IRVING, TX 75038


ELDAD PRIME LLC
3 COLUMBUS CIRCLE
26TH FLOOR
NEW YORK, NY 10019


ELDAD PRIME, LLC
3 COLUMBUS CIRCLE
26TH FLOOR
NEW YORK, NY 10019


FIRST INSURANCE FUNDING
PO BOX 7000
CAROL STREAM, IL 60197-7000

GE HEALTHCARE
C/O DEHAAN & BACH
25 WHITNEY DRIVE, SUITE 106
MILFORD, OH 45150


HEALTHCARE FINANCIAL SERVICES
PO BOX 641419
PITTSBURGH, PA 15264-1419


HENRY SCHEIN
135 DURYEA RD.
MELVILLE, NY 11747-3824


JUN JING LIU
225 CHERRY ST.
APT. 38N
NEW YORK, NY 10002


KITAZATO
11915 LAGRANGE AVE
LOS ANGELES, CA 90025


KRATZ SECURITY TECHNOLOGY
228 EAST 45TH STREET
SUITE 810
NEW YORK, NY 10017


LABCORP
PO BOX 12140
BURLINGTON, NC 27216-2140


LITTLER
900 THIRD AVE
NEW YORK, NY 10022


METRO DRUGS RX
931 LEXINGTON AVE
NEW YORK, NY 10065


PROASSURANCE COMPANIES
PO BOX 59009
BIRMINGHAM, AL 35259-0099

RDL BILLING
1575 HILLSIDE AVE.
SUITE 305
NEW HYDE PARK, NY 11040


ROCHE DIAGNOSTIC
9115 HAGUE RD.
INDIANAPOLIS, IN 46256


ROSH MATERNAL FETAL MED
213 MADISON AVE
#1A
NEW YORK, NY 10016


SHARPS COMPLIANCE OF TEXAS LLC
9220 KIRBY DR.
#500
HOUSTON, TX 77054


SND & ASSOCIATES
1185 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK, NY 10036


TIME PAYMENT
200 SUMMIT DR.
SUITE 100
BURLINGTON, MA 01803


VITROLIFE
3601 S. INCA ST.
ENGLEWOOD, CO 80110

# United States Bankruptcy Court
## Southern District of New York

In re   **Global Fertility & Genetics, New York, LLC** _____
                                        Debtor(s)

Case No. _____
Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Global Fertility & Genetics, New York, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GFG Holding Group Co., LLC**
**115 E. 57th Street**
**New York, NY 10022**
_____

☐ None [*Check if applicable*]

**June  6, 2023**
_____
Date

**/s/ Michael J. Kasen**
_____
**Michael J. Kasen**
Signature of Attorney or Litigant
Counsel for   **Global Fertility & Genetics, New York, LLC**
**Kasen & Kasen, P.C.**
**115 Broadway**
**5th Floor**
**New York, NY 10006**
**646-397-6226 Fax:646-786-3611**
**mkasen@kasenlaw.com**