UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | X X X X | Chapter 11 |
| GLOBAL FERTILITY & GENETICS, NEW YORK, LLC | X X X | Case No.:    23-10905-PB |
| Debtor. | X X X |  |

**CERIFICATION OF ANNIE LIU PURSUANT TO LOCAL RULE 1007-2**

ANNIE LIU, under penalty of perjury, hereby certifies and states as follows:

1.  I am the chief executive officer and director of Global Fertility & Genetics, New York, LLC, the debtor and debtor-in-possession ("Debtor") in the above captioned chapter 11 bankruptcy case and I submit this Certification pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

## PART I

## BACKGROUND

2.  The Debtor is an LLC organized under the laws of the state of Delaware on July 5, 2016 and authorized to do business in New York.

3.  The Debtor owns and operates a fertility clinic from space the Debtor leases at 115 East 57th Street, Suites 420 & 430, New York, New York 10022.

4.  A large portion of the Debtor's business caters to patients from China and as such, the Debtor's business was severely impacted by the COVID-19 pandemic when travel from China was greatly restricted.

5. The Debtor expended considerable resources building a state-of-the-art fertility clinic complete with equipment and facilities for egg retrieval, artificial insemination, and in vitro fertilization. The Debtor stores eggs, sperm and embryos on site.

6. Due to the decline in revenues and no corresponding decline in costs associated with operating the Debtor's business, the Debtor has been unable to maintain sufficient cash reserves to operate effectively.

7. Accordingly, on June 6, 2023, the Debtor filed a voluntary petion for relief under Chapter 11 of Bankruptcy Code.

8. The Debtor intends to utilize the Chapter 11 process to, inter alia, restructure its debt and resolve various claims with vendors and suppliers so that a Plan of Reorganization can be filed in a reasonable amount of time. The Debtor intends to fund said Plan with funds from its ongoing concern as a business and may seek additional cash infusions from existing equity holders and/or outside sources. The Debtor is confident that proceeding in Chapter 11 is in the best interests of the Debtor, its creditors and its estate as a whole.

9. The needs and interests of the Debtor's creditors will best be served by the continued possession of its property and management of its affairs as a debtor-in-possession under Chapter 11 antil a plan of reorganization can be formulated and presented.

## PART II

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

10. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

11. **Local Rule 1007-2(a)(1)** The Debtor's principal assets are located at 115 East 57th Street, Suites 420 & 430, New York, New York 10022.

12. **Local Rule 1007-2(a)(2)**     This case was no originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

13. **Local Rule 1007-2(a)(3)**     Upon information and belief, no committee was formed or organized prior to the commencement of this case.

14. **Local Rule 1007-2(a)(4)**     A list of the names and addresses of the Debtor's 20 largest unsecured claims was filed contemporaneously with the petition and is attached hereto as Exhibit 1.

15. **Local Rule 1007-2(a)(5)**     The Debtor does not believe it has any secured creditors.

16. **Local Rule 1007-2(a)(6)**     A summary of the Debtor's assets and liabilities was filed contemporaneously with the petition and is attached hereto as Exhibit 2.

17. **Local Rule 1007-2(a)(7)**     There exist no publicly held stock, debentures or other securities of the Debtor.

18. **Local Rule 1007-2(a)(8)**     None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or any agent for any such entity.

19. **Local Rule 1007-2(a)(9)**     The Debtor leases its facility at 115 East 57th Street, Suites 420 & 430, New York, New York 10022.

20. **Local Rule 1007-2(a)(10)**     The Debtor's substantial assets and books and records are located at 115 East 57th Street, Suites 420 & 430, New York, New York 10022.

21. **Local Rule 1007-2(a)(11)**     The Debtor does not believe that any action or proceeding is likely to result in an "imminent" judgment or seizure of its assets.

22.  **Local Rule 1007-2(a)(12)**  The Debtor's existing senior management consists of only Annie Liu. Annie Liu has been with the Debtor since its inception in 2016. Prior to 2016 Annie Liu had a business known as "China Club" which helped Chinese nationals find investments in the United States, place their children in schools in the United States and find medical care in the United States in addition to other services offered to Chinese nationals.

23.  **Local Rule 1007-2(b)(1)**  The Debtor has a total of eight employees including Annie Liu, its only executive. The Debtor estimates its monthly payroll obligations to non-officers, stockholders and directors to be $50,000.00.

24.  **Local Rule 1007-2(b)(2)**  The Debtor anticipates paying its officers and directors approximately $20,000.00 in the next 30 days, and plans on continuing its current procedures for determining executive pay.

25.  **Local Rule 1007-2(b)(3)**  The Debtor anticipates receipt of approximately $150,000.00 in the next 30 days. The Debtor also anticipates expenses of approximately $150,000.00 in the next 30 days. The Debtor does not expect any obligations to accrue and not be paid in the next 30 days.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2023

                                                          /s/ Annie Liu
                                               Annie Liu, Director

EXHIBIT "A"

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Fertility & Genetics, New York, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **23-10905** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Annie Liu** 225 Cherry Street Apt. 38N New York, NY 10002 | | **Employment related** | | | | $307,900.00 |
| **Ashland Maintenance Org.** 45-15 Barnett Ave. Sunnyside, NY 11104 | | **Cleaning Services** | | | | $1,514.66 |
| **Chase Cardmember Service** PO Box 15153 Wilmington, DE 19886-5153 | | **Credit Card** | | | | $65,792.00 |
| **Chase** PO Box 1423 Charlotte, NC 28201-1423 | | **Credit Card** | | | | $30,500.00 |
| **College of American Pathologists** 325 Waukegan Rd. Winnetka, IL 60093 | | **Quality Control** | | | | $6,746.00 |
| **Dr. Glenn Moodie** 18 Salem Ridge Drive Huntington, NY 11743 | | **Services Performed** | | | | $16,000.00 |
| **EIVF** 1212 Corporate Drive Suite 230 Irving, TX 75038 | | **Medical Record System** | | | | $7,606.62 |
| **Eldad Prime LLC** 3 Columbus Circle 26th Floor New York, NY 10019 | | **Rent for Office and Clinical Space** | Disputed | | | $541,998.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Global Fertility & Genetics, New York, LLC | Case number *(if known)* | 23-10905 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding  PO Box 7000  Carol Stream, IL 60197-7000 | | Insurance | | | | $3,456.82 |
| GE Healthcare  c/o DeHaan & Bach  25 Whitney Drive, Suite 106  Milford, OH 45150 | | Equipment Service | Disputed | | | $4,083.72 |
| Henry Schein  135 Duryea Rd.  Melville, NY 11747-3824 | | Clinical Suplies | | | | $9,243.23 |
| Labcorp  PO Box 12140  Burlington, NC 27216-2140 | | Services | | | | $9,518.06 |
| Littler  900 Third Ave  New York, NY 10022 | | Legal Fees | Disputed | | | $20,000.00 |
| Metro Drugs RX  931 Lexington Ave  New York, NY 10065 | | Pharmacy | | | | $16,000.00 |
| ProAssurance Companies  PO Box 59009  Birmingham, AL 35259-0099 | | Malpractice Insurance | | | | $13,719.00 |
| RDL Billing  1575 Hillside Ave. Suite 305  New Hyde Park, NY 11040 | | | Disputed | | | $4,081.80 |
| Roche Diagnostic  9115 Hague Rd.  Indianapolis, IN 46256 | | Materials for Machine and Machine | Disputed | | | $12,314.00 |
| Rosh Maternal Fetal Med  213 Madison Ave #1A  New York, NY 10016 | | | Disputed | | | $20,000.00 |
| SND & Associates  1185 Avenue of the Americas  3rd Floor  New York, NY 10036 | | Accounting | | | | $20,000.00 |
| VitroLife  3601 S. Inca St.  Englewood, CO 80110 | | | Disputed | | | $7,685.38 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

EXHIBIT "B"

**Fill in this information to identify the case:**

Debtor name: **Global Fertility & Genetics, New York, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **23-10905**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ **289,407.58**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................... $ **289,407.58**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **1,123,740.18**

4. **Total liabilities** ......................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **1,123,740.18**